IN THE MATTER OF THE COMPLAINT OF
JACK E. VOCKRODT AND EUPHENCE F. VOCKRODT
TO ESTABLISH TITLE TO LAND SITUATE
ON THE ISLAND OF MAUI.

No. 4623.

January 24, 1968.

RICHARDSON, C.J., MIZUHA, MARUMOTO,
ABE AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*William F. Crockett (Crockett* and *Langa* of counsel) for the petition.